| | AUSA:   William Orr | Telephone:  (989) 895-5712 |
|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent:   Cameron Rubio, ATF | Telephone:  (989) 439-4763 |

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Michigan

United States of America

  v.

## Emilio ZAMORA

Case No.    1:26-mj-30327
Judge: Morris, Patricia T.
Filed: 06-02-2026

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 17, 2026 _____ in the county of _____ Saginaw _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Unlawful possession of a machine gun |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Cameron Rubio, TFO,  ATF
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ June 2, 2026 _____

_____
*Judge's signature*

City and state:  Bay City, Michigan _____

Hon. Patricia T. Morris, United States Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Cameron Rubio, Task Force Officer with ATF, being first duly sworn, hereby depose and state as follows:

### EXECUTIVE SUMMARY

**1.** The Bureau of Alcohol, Tobacco, Firearms, and Explosives is conducting an investigation into the arrest of Emilio ZAMORA (XX/XX/XX02). ZAMORA, a previously convicted felon, was found to be in possession of a firearm modified with a machine gun conversion device. Based on the information in this affidavit there is probable cause to believe that on May 17, 2026, ZAMORA was in violation of 18 U.S.C. 922(o)– Unlawful Possession of Machine Gun.

### INTRODUCTION AND BACKGROUND

2. I am a Task Force Officer (TFO) working for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), U.S. Justice Department, and have been so since May 12, 2025. I am currently employed by the Michigan State Police (MSP) as a Detective Trooper Specialist and have been a certified Law Enforcement Officer since June of 2020. During my time as Trooper with the Michigan State Police I have completed numerous trainings such as Street Gang Investigations provided by the Northeast Counterdrug Training Center (NCTC), Social Networking provided by NCTC, RAID Entry Training, Ballistic Shield Training, Surveillance School, Undercover Narcotics School and several other

1

trainings related to criminal investigation and enforcement activities. I have personally investigated and assisted in numerous cases, which led to search warrants, arrests, prosecution, and seizure of large quantities of narcotics and firearms. During my time as a TFO with the ATF I have participated in investigations related to the possession and manufacture of firearms and narcotics in violation of federal law.

3.      I make this affidavit from personal knowledge based on my participation in this investigation, communications with troopers from the Michigan State Police Tri-City Post, and others who have personal knowledge of the events and circumstances described herein, and information gained through my review of relevant documents related to this investigation.   The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

**4.**      I am currently investigating Emilio ZAMORA, date of birth XX/XX/XX02, for violation of Title 18 U.S.C. §922(o) – Unlawful Possession of a Machine Gun.

2

**PROBABLE CAUSE**

5.     On May 17, 2026, troopers of the Michigan State Police Tri-City Post attempted to conduct a traffic stop on Remington Avenue, at or near, Park Avenue Saginaw, Michigan 48601, located in the Eastern District of Michigan. The vehicle, a black in color 2024 Ford Escape, failed to stop for emergency lights of law enforcement and then crashed while attempting to make a turn southbound onto Sheridan Avenue.

6.     The driver and sole occupant, later identified as Emilio ZAMORA, then attempted to flee on foot from troopers and Saginaw Police Department (SPD) officers before being detained in the yard of 906 E Holland Avenue.  Trooper's confirmed Zamora was the driver of the vehicle by finding the key fob that locked and unlocked the vehicle on his person.

7.     Troopers then made their way back to ZAMORA's vehicle where they saw a firearm in plain view on the driver seat. A search of the motor vehicle was conducted and police seized the firearm. The firearm is described a "ghost gun" with the make of polymer80 and no serial number. Furthermore, this firearm had a machine gun conversion device (MCD) affixed to the rear of the slide with the word "Glock Made in Austria."  The firearm was loaded with an extended magazine containing 26 rounds of 9mm ammunition.

8.       On June 2, 2026, I observed the firearm at the Michigan State Police Tri-City Post. The firearm had a MCD on the rear of the slide.  This type of MCD sticks out from the rear of the slide making it apparent just from looking at it that I has an MCD attached. I performed a basic function test on the firearm without ammunition and the firearm functioned consistent with a machine gun. Based on my training and experience, the firearm would fire more than one cartridge with a single pull of the trigger.

9.       ZAMORA is a previously convicted felon with the following convictions:

a.    2023: Felony Weapons Felony Firearm – pled guilty

b.    2024 (The below 2024 convictions are from the same incident):

   i.  Felony Accessory After the Fact to a Felony – Nolo Contendere

   ii. Felony Weapons Felony Firearm – Pled guilty

10.     Based on the foregoing, I have probable cause to believe that on May 17, 2026, in the Eastern District of Michigan, Emilio ZAMORA, a previously convicted felon was in violation of 18 U.S.C. 922(o) – Unlawful Possession of Machine Gun.

Respectfully submitted,

_____
Cameron Rubio, Task Force Officer
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HON. PATRICIA MORRIS
UNITED STATES MAGISTRATE JUDGE

5